IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02284-SKC

ORKIN, LLC, a Delaware corporation,

    Plaintiff,

v.

GARCIA PEST MANAGEMENT, and
JAMES FRANK GARCIA, an individual,

    Defendants.

## ORDER OF DISMISSAL

This matter having come before the Court upon the stipulation of Plaintiff Orkin, LLC, and Defendants Garcia Pest Management and James Frank Garcia for entry of an order to the extent set forth below, and for good cause having been shown,

It is hereby ORDERED, as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses all of the claims in this action with prejudice, with each party to bear his or its own costs and attorney's fees.

2. The Court retains jurisdiction to enforce the terms of the Consent Injunction.

Dated:     July 16, 2020

_____
The Honorable S. Kato Crews
United States Magistrate Judge